ETHAN R. PLAUT
Assistant U.S. Attorney
U.S. Attorney's Office
P.O. Box 3447
Great Falls, MT 59403
119 First Ave. N., Suite 300
Great Falls, MT 59403
Phone: (406) 761-7715
Fax: (406) 453-9973
E-mail: ethan.plaut@usdoj.gov

ATTORNEY FOR PLAINTIFF
UNITED STATES OF AMERICA



FILED

JUN 0 4 2020

Clerk, U.S. District Court
District Of Montana
Great Falls

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
### GREAT FALLS DIVISION

| UNITED STATES OF AMERICA, | CR 20-35-GF-BMM |
|---|---|
| Plaintiff, | INDICTMENT |
| vs. | INVOLUNTARY MANSLAUGHTER<br>Title 18 U.S.C. §§ 1153(a) and 1112<br>(Penalty: Eight years imprisonment,<br>$250,000 fine, and three years supervised<br>release) |
| TOUGH ARTHUR SNOW, | |
| Defendant. | |

THE GRAND JURY CHARGES:

That on or about June 8, 2019, at or near Mission Canyon, within Blaine County, in the State and District of Montana, and within the exterior boundaries of the Fort Belknap Indian Reservation, being Indian Country, the defendant, TOUGH ARTHUR SNOW, an Indian person, with gross negligence, committed an

1

unlawful act not amounting to a felony, namely reckless driving, knowing that such was a threat to the lives of others and knowing of circumstances that would reasonably cause the defendant to foresee that such conduct might be a threat to lives of others, and that unlawful act was the proximate cause of the unlawful killing of John Doe, in violation of 18 U.S.C. §§ 1153(a) and 1112.

A TRUE BILL.

Foreperson signature redacted. Original document filed under seal.

FOREPERSON

/s/ KURT G. ALME
KURT G. ALME
United States Attorney

/s/ JOSEPH E. THAGGARD
JOSEPH E. THAGGARD
Criminal Chief Assistant U.S. Attorney

Crim. Summons ✓
Warrant:
Bail:

Arraignment set
7-9-2020 @ 10am
Judge Johnston

2