## THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | CR-20-35-GF-BMM |
| vs. | |
| | **ORDER** |
| TOUGH ARTHUR SNOW, | |
| Defendant. | |

Defendant Tough Arthur Snow has moved for early termination of his current term of supervised release. (Doc. 41.) The Court conducted a hearing on the motion on February 20, 2024. (Doc. 44.) The Government did not oppose the motion. (*Id.*)

Snow pleaded guilty to Involuntary Manslaughter in violation of 18 U.S.C. §§ 1153(a), 1112. (Doc. 26; Doc. 42 at 2.) The Court sentenced Snow to the custody of the Bureau of Prisons on May 27, 2021, for a term of 6 months. (Doc. 35.) The Court further sentenced Snow to three years of supervised release following his release from custody. (*Id.*) Snow began his term of supervised release on November 16, 2021. (Doc. 42 at 2.) Snow's term of supervision is set to expire on November 15, 2024. (*Id.*)

Federal law authorizes a defendant to move for termination of his supervised release after successfully completing one year if the Court is satisfied that such

action remains "warranted by the conduct of the defendant released and the interest of justice." 18 U.S.C. § 3583(e). The Court must consider the factors in 18 U.S.C. § 3553(a) when evaluating whether to terminate a term of supervised release.

The Court finds that the factors in 18 U.S.C. § 3553(a) support an early termination of Snow's supervised release. Snow has completed approximately two years and four months, or 75%, of his term of supervised release. Snow has had no reported violations. Snow reported that he has not consumed alcohol since the date of his offense and is committed to maintaining sobriety. Snow has completed several certificates, including a degree in applied sciences from Montana State University-Billings, a welding certificate, and a commercial driver's license. Snow has maintained the same employment throughout his supervision and plans to continue that employment to support his girlfriend and son.

Snow's United States Probation Officer, McKenna Arledge, advised that Snow has not had any issues with compliance and that she supports the early termination of Snow's supervised release. Adequate deterrence appears to have been achieved, and supervision does not appear necessary to protect the public from further criminal behavior by Snow. Snow's educational and vocational training needs also appear to have been satisfied by his term of supervised release as evidenced by his completion of several certifications. The early termination of Snow's supervised release comports with the § 3553(a) factors and proves

"warranted by the conduct of the defendant released and the interest of justice." 18 U.S.C. § 3583(e).

Accordingly, **IT IS HEREBY ORDERED** that Snow's Motion for Early Termination of Supervised Release (Doc. 41) is **GRANTED**.

DATED this 20th day of February, 2024.

Brian Morris, Chief District Judge
United States District Court